# Court of Appeals
# of the State of Georgia

ATLANTA,___June 24, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A0577. OSAGHAE v. THE STATE.**

We granted appellant's application for interlocutory review of the superior court's order denying his motion for immunity from prosecution pursuant to OCGA § 16-3-24.2. Following our review of the complete record, we conclude that there was evidence to support the ruling below and, thus, that the application for interlocutory appeal was improvidently granted. Accordingly, the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_06/24/2014_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*